1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LARRY STEVE GARCIA,                    **Case No. CV 15-03139 RSWL (RAO)**

12                    Petitioner,

13        v.                                 **ORDER ACCEPTING FINDINGS,
                                             CONCLUSIONS, AND**
14   JEFFREY BEARD,                          **RECOMMENDATIONS OF
                                             UNITED STATES MAGISTRATE**
15                    Respondent.            **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18   records and files herein, and the Magistrate Judge's Report and Recommendation.

19   The time for filing objections to the Report and Recommendation has passed and

20   no Objections have been received.  Accordingly, the Court accepts and adopts the

21   findings, conclusions, and recommendations of the Magistrate Judge.

22        IT IS ORDERED that the Petition is denied and Judgment shall be entered

23   dismissing this action with prejudice.

24

25   DATED:  12/4/2015

26                                    s/ RONALD S.W. LEW_____
                                      RONALD S.W. LEW
27                                    UNITED STATES DISTRICT JUDGE

28